R. Scott Taylor, OSB No. 74324
Taylor & Tapper
400 E 2nd, Suite 103
Eugene, OR 97401
Ph: 541-485-1511 / fax: 541-246-2424
Scott@taylortapper.com
Clinton@taylortapper.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON PARTNERS LLC, | Case No. 2:18-cv-02206-SU |
| Plaintiff, | |
| v. | STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Defendant. | |

  THE PARTIES hereto, do hereby stipulate that the above captioned matter be dismissed with prejudice and with out costs to either party. This matter has been fully settled.

| | |
|---|---|
| *s/ R. Scott Taylor* | *s/ Andrew S. Moses* |
| R. Scott Taylor, OSB No. 74324<br>Taylor & Tapper<br>400 E 2nd, Suite 103<br>Eugene, OR 97401<br>Ph: 541-485-1511 / fax: 541-246-2424<br>Scott@taylortapper.com<br><br>*Attorneys for Plaintiff* | Andrew S. Moses, OSB No. 983009<br>amoses@gordon-polscer.com<br>Gordon & Polscer, L.L.C.<br>9755 S.W. Barnes Road, Suite 650<br>Portland, OR 97225<br>Telephone Number: (503) 242-2922<br>Facsimile: (503) 242-1264<br><br>*Attorneys for Defendant* |